In the Matter of the Claim of EDMOND C. GERO, Respondent, v. BOARD OF EDUCATION, UNION FREE SCHOOL DIST. No. 4, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.